1  HOLLAND & KNIGHT LLP
   Stacey H. Wang (SBN 245195)
2  Kathryn J. Richards (SBN 346956)
   400 South Hope Street, 8th Floor
3  Los Angeles, California 90071
   Tel.: (213) 896-2480
4  Fax: (213) 896-2450
   stacey.wang@hklaw.com
5  kathryn.richards@hklaw.com

6  Christopher R. Nolan (admitted *pro hac vice*)
   787 Seventh Avenue, 31st Floor
7  New York, New York 10019
   Tel.: (212) 513.3200
8  christopher.nolan@hklaw.com

9  Attorneys for Defendant
   Samsung Electronics America, Inc.
10

11            UNITED STATES DISTRICT COURT

12            CENTRAL DISTRICT OF CALIFORNIA

13

14  HMM CO., LTD.,                    ) Case No.: 8:24-cv-01454-FLA-ADS
                                      )
15              Plaintiff,            ) Assigned to Hon. Fernando Aenlle-
                                      ) Rocha
16       vs.                          )
                                      ) **SAMSUNG ELECTRONICS**
17  SAMSUNG ELECTRONICS              ) **AMERICA, INC.'S RESPONSE**
    AMERICA, INC.                     ) **TO COURT'S ORDER TO SHOW**
18                                    ) **CAUSE**
                Defendant.            )
19                                    )
                                      ) Complaint Filed: July 1, 2024
20                                    ) Trial Date: None Set
                                      )
21                                    )
                                      )
22                                    )
                                      )
23  _____ )

24

25

26

27

28

1    Defendant Samsung Electronics America, Inc. ("SEA") hereby responds to the

2    Court's Order to Show Cause Why the Action Should Not Be Transferred to a District

3    Court in New York or New Jersey ("OSC"). *See* Dkt. No. 32.

4    SEA takes no position as to whether this matter should be transferred if Plaintiff

5    fails to timely respond to the OSC.  As the Court noted, "Plaintiff d[id] not plead any

6    specific facts in the Complaint to establish that this is a more appropriate forum than a

7    district court in New York or New Jersey."  It is Plaintiff's burden, of course, to

8    establish that venue is properly in California.  *Synoptek, LLC v. Synaptek Corp.*, 326

9    F. Supp. 3d 976, 986 (C.D. Cal. 2017) ("Once venue is challenged, the plaintiff bears

10   the burden of showing that venue is proper.") (citing *Piedmont Label Co. v. Sun

11   Garden Packing Co.*, 598 F.2d 491, 496 (9th Cir. 1979)).

12   SEA does not know why Plaintiff chose to file this action in the Central District

13   of California, when, admittedly, SEA is a New York corporation with its principal

14   place of business in New Jersey, and where Plaintiff's claims arise out of transactions

15   discharged at various port facilities across the United States.

16

17   Dated:  January 31, 2025          HOLLAND & KNIGHT LLP

18

19    */s/ Stacey H. Wang*
       Stacey H. Wang

20   Attorneys for Defendant
     Samsung Electronics America, Inc.

21

22   **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 11-6.1**

23   The undersigned, counsel of record for Samsung Electronics America, Inc.,

24   certifies that this brief contains 201 words, which complies with the word limit of

25   L.R. 11-6.1.

26   DATED:  January 31, 2025          By: */s/ Stacey H. Wang*
                                           Stacey H. Wang

27

28